**Opinion issued December 5, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-19-00889-CR

————————————

## IN RE HILLARY EVANS, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator, Hillary Evans, has filed an original petition for writ of habeas corpus, challenging the trial court's judgment of conviction.[1] We dismiss.

An appellate court has the power to issue writs of habeas corpus only when a person is restrained of their liberty by virtue of an order or commitment issued by a

---

[1] The underlying case is *State of Texas v. Hillary Evans*, cause number 85415-CR, pending in the 23rd District Court of Brazoria County, Texas, the Honorable Ben Hardin presiding.

court based on the violation of an order or judgment rendered in a civil case. *See* TEX. GOV'T CODE § 22.221(d). Because relator seeks a writ of habeas corpus from a judgment rendered in a criminal case, we lack jurisdiction over this proceeding. *See In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding).

Accordingly, we dismiss for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).